# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00056-CV

**Michael Cardiel, Appellant**

**v.**

**Carrillo Family Trust, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 83,293, HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Michael Cardiel filed his notice of appeal on January 13, 2016. On June 14, 2016, the Clerk of this Court notified appellant that his brief was overdue and that this appeal was subject to dismissal for want of prosecution if he failed to file his brief or respond to the notice by June 24, 2016. To date, appellant has neither filed his brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Prosecution

Filed: July 6, 2016